Damian R. Sheets, ESQ.
Nevada Bar No. 10755
**MAYFIELD, GRUBER & SHEETS**
726 S. Casino Center Blvd. #211
Las Vegas, NV 89101
Tel: (702) 598-1299
Fax: (702) 598-1266
E-mail: dsheets@defendingnevada.com
Attorney for Defendant
RONNIE BRYAN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:08-mj-00176-PAL |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE TRIAL DATE** |
| RONNIE BRYAN, | **(First Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Damian R. Sheets, Esq., counsel for Defendant, RONNIE BRYAN, that the trial presently scheduled for August 7, 2018 be continued to a time convenient for the court.

This Stipulation is entered into for the following reasons:

1. Counsels for the United States and Mr. Bryan are in active negotiations and require more time to present and consider offers of resolution.
2. Defense counsel needs more time to investigate the case and review the discovery provided.
3. Defense counsel has a personal matter that would make appearance on the scheduled trial date difficult.

4. As such, Damian R. Sheets will not have sufficient and adequate time to effectively and thoroughly prepare for trial and present an appropriate defense in the above-captioned matter on the date currently set for trial.

5. Denial of this request for continuance would deny Mr. Sheets sufficient time, on the date currently set for trial, taking into account the exercise of due diligence.

6. Furthermore, denial of this request for continuance could result in a miscarriage of justice.

7. Mr. Bryan is currently out of custody and is not opposed to the continuance.

8. Counsel requests that the Court (a) set the trial date, keeping in mind that counsel will be out of the jurisdiction from August 24, 2018 through September 9, 2018, and will be out of the jurisdiction October 12, 2018 through October 29, 2018.

9. This is the first request for a continuance.

DATED this 7th day of August, 2018.

s/Richard Anthony Lopez  
RICHARD ANTHONY LOPEZ  
Assistant United States Attorney

s/Damian R. Sheets  
DAMIAN R. SHEETS, ESQ.  
Nevada Bar No. 10755  
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RONNIE BRYAN,<br><br>Defendant. | CASE NO: 2:08-mj-00176-PAL<br><br>**FINDINGS OF FACT, CONCLUSIONS<br>OF LAW, AND ORDER** |

The Court having considered the Stipulation between the Plaintiff, United States of America, by and through Tony Lopez, United States Attorney and Defendant, RONNIE BRYAN, by and through DAMIAN R. SHEETS, ESQ., makes the following findings of fact and conclusions of law and enters the following order:

## FINDINGS OF FACT

Counsel for the Government was advised by Damian R. Sheets, Esq., counsel for Defendant, RONNIE BRYAN, that Mr. Sheets needs further time to review discovery and prepare for trial.

1. Counsels for the United States and Mr. Bryan are in active negotiations and require more time to present and consider offers of resolution.
2. Defense counsel needs more time to investigate the case and review the discovery provided.
3. Defense counsel has a personal matter that would make appearance on the scheduled trial date difficult.
4. As such, Damian R. Sheets will not have sufficient and adequate time to effectively and thoroughly prepare for trial and present an appropriate defense in the above-captioned matter on the date currently set for trial.

5. Denial of this request for continuance would deny Mr. Sheets sufficient time, on the date currently set for trial, taking into account the exercise of due diligence.
6. Furthermore, denial of this request for continuance could result in a miscarriage of justice.
7. Mr. Bryan is currently out of custody and is not opposed to the continuance.
8. Counsel requests that the Court (a) set the trial date, keeping in mind that counsel will be out of the jurisdiction from August 24, 2018 through September 9, 2018, and will be out of the jurisdiction October 12, 2018 through October 29, 2018.
9. This is the first request for a continuance.

For all of the above stated reasons, the ends of justice would best be served by a continuance of the trial date herein.

## CONCLUSIONS OF LAW

The ends of justice would best be served by a continuance of the trial date since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny counsel for Mr. Bryan sufficient time within which to be able to effectively and thoroughly research and prepare for trial and to submit for filing any appropriate motions, taking into account the exercise of due diligence.

## ORDER

Based on the pending Stipulation of the parties and good cause appearing therefore,

**IT IS THEREFORE ORDERED** that the trial in this matter currently scheduled for August 8, 2018, at the hour of 8:45 a.m., be vacated and continued to September 12, 2018, at the hour of 8:45 a.m.

DATED this 7th day of August, 2018.

_____
United States Magistrate Judge